IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRUCIT
IN AND FOR MIAMI-DADE COUNTY FLORIDA
CIVIL DIVISION

GRETA MURRAY,                                    CASE NO.:
    Plaintiff,
v.                                               DIVISION:

WALMART, INC., A Foreign Corporation
    Defendant.,
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, GRETA MURRAY hereby sues the Defendant WALMART, INC., ("Walmart") for damages and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00) exclusive of costs, interest and otherwise within the jurisdiction of this court.
2. Venue is proper in Miami-Dade County as all of the actions giving rise to this Complaint occurred in Miami-Dade County, Florida.
3. At all material times, GRETA MURRAY was a resident of Miami-Dade County, Florida.
4. At all material times, WALMART was and is a Foreign Corporation, operating its business (Walmart Supercenter #1680) which is situated in Miami-Dade County, Florida.
5. GRETA MURRAY satisfied all conditions precedent prior to filing suit.

### FACTUAL ALLEGATIONS

6. On or about October 25, 2017, WALMART conducted business and owned and/or leased the premises located at 15885 SW 88TH Street, Miami FL 33196 (the "Premises").
7. On or about October 25, 2017, at or near 8:30am GRETA MURRAY was legally on the premises as an invitee/customer on the premises of Walmart.

8. At that time and place, GRETA MURRAY was on the Premises in front of the aisles near the front entrance of the store.
9. At that date and time and upon the subject premises, GRETA MURRAY fell upon wet floors.
10. The substance Greta slipped in was a clear liquid, resembling water which had a light smell of some kind of cleaner.
11. Walmart employees expressed that the cleaning machine was faulty and spewing liquid on the floors.
12. No warning of any kind was posted to advise GRETA MURRAY of the dangerous condition created by the wet floors.
13. As a result of the dangerous condition created by the condition of the subject floors, GRETA MURRAY suffered severe permanent injuries to her body.

## Count 1
## NEGLIGENCE

14. Plaintiff re-allege paragraphs 1 -13 as if fully stated herein.
15. At all material times, GRETA MURRAY was lawfully present on the subject premises.
16. At all material times Walmart had a non-delegable duty to its invitees to exercise reasonable care to protect them from reasonably foreseeable dangerous and hazardous conditions and to keep and maintain the subject premises in a condition reasonable safe for their use.
17. At all material times Walmart created and/or maintained a dangerous condition – the wet floors at the front of the store caused by faulty cleaning equipment ("the dangerous condition").
18. At all material times Walmart had actual or constructive knowledge of the dangerous condition and Walmart should have taken action to warn invitees of the dangerous conditions or take such steps to maintain the premises in a safe condition but failed to do so.
19. Walmart's non-delegable duty to provide a reasonably safe premises to GRETA MURRAY establishes direct liability of any person or entity under Walmart's control, whether direct or indirect, including Walmart's employees. Agents,

consultants and/or independent contractors, to whom the performance of the duty may have been delegated.

20. Walmart is also vicariously liable for the negligent actions or omissions of all persons or entities or individuals, either direct or indirect, including Walmart's employees, agents, consultants and/or independent contractors which maintained or operated the subject premises.

21. To the extent any person or entity under Walmart's control, including Walmart's employees agents, consultants and/or independent contractors committed any of the negligent actions or omissions described in this complaint, Walmart, remains liable for their negligence under the theory of non-delegable duty.

22. At all material times Walmart, by and through its agents, servants, consultants or independent contractors, breached its non-delegable duty of care to provide its guests and invitees including GRETA MURRAY with reasonably safe premises and acted in a careless and negligent manner through the following acts of omission or commission:

    a. Failing to maintain the premises in a reasonable safe condition for the benefit of its invitees and all those lawfully present on its premises;
    b. Failure to use a functioning cleaning machine that was free from defects.
    c. Allowing the cleaning machine to create a dangerous condition on the premises.
    d. Failing to place any warning signs or other device to warn guest and invitees of the danger created by the wet floors.
    e. Failing to warn guests and other invitees of the dangerous condition.
    f. Failing to properly enforce and/or implement reasonable safety protocols and polices on the subject premises.
    g. Failing to take all reasonable steps to prevent invitees and all those lawfully present from being exposed to an unreasonable risk.
    h. Any other negligence discovered through the discovery process.

23. As a direct and proximate result of the negligent acts of Walmart, its employees, agents and independent contractors, GRETA MURRAY suffered bodily injuries, pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization and treatment,

loss of earnings, loss of ability to earn money and aggravation of previously existing conditions. The injury to the Plaintiff is permanent within a reasonable degree of medical probability and the Plaintiff will continue to suffer loss in the future.

24. Plaintiff demands a trial by jury.

WHEREFORE, GRETA MURRAY demands judgment against Walmart for damages in excess of $30,000.00 plus costs and all other relief deemed just.

**Dated: July 6, 2020**

Respectfully Submitted,
The McFarlane Firm, P.A.

*/s/ **Gregory A. McFarlane, Esquire***

By: Gregory A. McFarlane, Esq.
FBN: 615358
greg@themcfarlanefirm.com
PO Box 190393
Ft. Lauderdale, FL 33319